THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

JAYSON CORDERO-CRUZ

CR. NO.: 14-00753-1 (PAD)

**SUPPLEMENT TO MOTION FILED AT DOCKET [470]**

**U.S. PROBATION OFFICER ISRAEL SANCHEZ informs the Court** that on July 19, 2024, a motion informing violation of supervised release, requesting an arrest warrant and a show cause hearing was filed at docket [470], which was granted, and the arrest warrant was issued. Since, Mr. Cordero-Cruz has incurred in violations of the following conditions:

**Mandatory Condition #1:** "You must not commit another federal, state or local crime."

**Mandatory Condition #2:** "You must not unlawfully possess a controlled substance."

**Standard Condition #10:** "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)."

**Special Condition #1:** "The defendant shall not commit another Federal, state or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court."

**Special Condition #2: "The defendant shall not unlawfully possess controlled substances."**

On March 8, 2024, Mr. Cordero-Cruz was arrested by law enforcement officers based on an indictment that was filed on July 24, 2024, under Criminal Number 24-248 (GMM), charging him with violation of Count 1: violation of Title 46 USC §§ 70503(a)(1) & 70506(b), and 21 USC §§ 960(b)(1)(B) & (b)(3) that is; *Conspiracy to Possess with Intent to Distribute Controlled Substances Aboard a Vessel Subject to the Jurisdiction of the United States*; Count 2: violation of Title 21 USC §§ 952(a), 960(a), (b)(1)(B)(ii) & (b)(3) that is; *Conspiracy to Import Controlled Substances;* Count 3: violation of Title 21 USC §§ 841(a)(1), (b)(1)(A)(ii) & (b)(1)(C) and 846 that is; *Conspiracy to Possess with Intent to Distribute Controlled Substances;* Count 4: violation of Title 46 USC §§ 70503(a)(1) and 21 USC §§ 960(b)(1)(B) that is: *Possession with Intent to Distribute Controlled Substances Aboard a Vessel Subject to the Jurisdiction of the United States;* Count 5: violation of Title 46 USC §§ 70503(a)(1) and 21 USC §§ 960(b)(3) that is: *Possession with Intent to Distribute Controlled Substances Aboard a Vessel Subject to the Jurisdiction of the United States;* Count 6: violation of Title 21 USC §§ 952(a), 960(a) & (b)(1)(B)(ii) and 18 USC § 2 that is: *Importation of Controlled Substances;* Count 7: violation of Title 21 USC §§ 952(a), 960(a) & (b)(1)(B)(ii) & (b)(3) and 18 USC § 2 that is: *Importation of Controlled Substances;* Count 8: violation of Title 21 USC §§ 841(a)(1) and (b)(1)(A)(ii) that is: *Possession with Intent to Distribute Controlled Substances;* Count 9: violation of Title 21 USC §§ 841(a)(1) and (b)(1)(A)(ii) and (b)(1)(C) that is: *Possession with Intent to Distribute Controlled Substances;* Count 10: violation of Title 18 USC § 2237(a)(1) that is: *Failure to Heave;* Count 11: violation of Title 18 USC 922(g)(1) that is: *Possession by a Prohibited Person*. On March 10, 2025, during the Initial Appearance Hearing, Mr. Cordero-Cruz was ordered temporarily detained pending further proceedings.

**WHEREFORE,** in view of the aforementioned, it is respectfully requested that the Court considers the violations informed in this motion for the upcoming revocation proceedings.

San Juan, Puerto Rico, March 13, 2025.

                RESPECTFULLY SUBMITTED

                LUIS O. ENCARNACION,
                CHIEF U.S. PROBATION OFFICER

                **s/ Israel Sanchez**
                Israel Sanchez
                U.S. Probation Officer
                Federal Office Building
                150 Chardon Avenue
                Suite 225
                San Juan, P.R. 00918-1741
                Tel. 787-306-6535
                Fax 787-766-5945
                E-mail: israel_sanchez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties in this case.

San Juan, Puerto Rico, March 13, 2025.

                **s/ Israel Sanchez**
                Israel Sanchez
                U.S. Probation Officer